1

2

Thomas P. Cartmell, 45366
3   Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
4   Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
5   Kansas City, MO 64112
Phone: 816-701-1100
6   Facsimile: 816-531-2372
Attorneys for Plaintiffs, Rudena Hurt
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12

13   |                                          ) Case Specific Number 06-2084
     | IN RE: BEXTRA AND CELEBREX               )
14   | MARKETING SALES PRACTICES AND            ) MDL NO. 1699
     | PRODUCT LIABILITY LITIGATION             ) District Judge: Charles R. Breyer
15   |                                          )
16   |                                          )
     | Rudena Hurt,                             )
17   |                      Plaintiffs,         ) STIPULATION AND ORDER OF
     |                                          ) DISMISSAL WITH PREJUDICE
18   |            vs.                            )
     |                                          )
19   | Pfizer, Inc., et al.                     )
     |                      Defendants.         )
20   |                                          )

21

22       Come now the Plaintiff, (RUDENA HURT) Defendants, by and through the undersigned

23   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

24   dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.
     DATED: February 20, 2009
25

26                                    By

27                                    Attorneys for Plaintiff, Rudena Hurt

28

                                          -1-

     STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: April 27, 2009    DLA PIPER US LLP

3

4    By:_____
                Michelle Sadowsky

5                Attorneys for Defendants

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10    Dated: APR 3 0 2009

11    Hon. Charles R. Breyer
      United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE